**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

<u>  WILLIE GOODMAN  </u>   v.   <u>  ROBERT AYERS  </u>
DATE: <u>May 3, 2006</u>                    CASE NO.  <u>1:00-cv-5296-JKS HC</u>

THE HONORABLE JAMES K SINGLETON, JR.

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
              **Re: Request at Docket 36**

---

      For good cause shown,

      The Request for Enlargement of Time to Expand the Record at docket 36 is GRANTED.

      IT IS ORDERED THAT Respondent has until Friday **May 26, 2006**, within which to comply with the March 24, 2006 Order.

[Order Expanding Time.wpd]