**MINUTES OF THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

*Goodman v. Ayers*
Case No. 1:00-cv-05296-JKS (HC)

By:             THE HONORABLE JAMES K. SINGLETON

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

  Currently pending is Petitioner's Request for Enlargement of Time at Docket No. 46. It is not clear for what purpose the request is made. The Court has already issued a Decision and Judgment in this case, denying the petition and declining to grant a certificate of appeal. *See* Docket Nos. 43 and 44; *and* 28 U.S.C. § 2253(c)(1)(A).

  **IT IS THEREFORE ORDERED:**

  The Motion at **Docket No. 46** is **DENIED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>October 11, 2006</u>

H:\docs\goodman.wpd